IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00423-OES

ANTHONY RAY SANCHEZ,

    Applicant,

v.

JAMES E. ABBOTT, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2005

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISCHARGE SHOW CAUSE ORDER AND TO
DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On May 23, 2005, the Court ordered Applicant Anthony Ray Sanchez to show cause why the amended habeas corpus application pursuant to 28 U.S.C. § 2254 (1994 & Supp. 2005) should not be dismissed for failure to exhaust state remedies. On June 14, 2005, Applicant filed a response in which he contends that he has exhausted state remedies on direct appeal for each of his nine claims. Therefore, the amended application will not be dismissed at this time for failure to exhaust administrative remedies. The order to show cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the Court's May 23, 2005, order to show cause is discharged. It is

FURTHER ORDERED that the case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this ___8___ day of ___July___, 2005.

BY THE COURT:

_/s/ O. Edward Schlatter_
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00423-OES

Anthony Ray Sanchez
Reg. No. 97617
CTCF
PO Box 1010
Canon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/8/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk